# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MINUTES OF INITIAL APPEARANCE,** |
| | ) | **ARRAIGNMENT, & DETENTION HEARING** |
| | ) | |
| vs. | ) | Case No. 22-CR-40007-JPG |
| | ) | |
| **MICHAEL E. PIERCE,** | ) | **Date:** April 8, 2022 |
| | ) | |
| Defendant. | ) | **Location:** Benton |

**PRESENT:  HONORABLE REONA J. DALY, MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson        **REPORTER:** Chris LaBuwi

**COUNSEL FOR GOVERNMENT:** Casey Bloodworth, AUSA

**COUNSEL FOR DEFENDANT**: Melissa Day, AFPD

[x]    Defendant present in open court in custody.

[x]    Counsel for the government and defendant are present as noted above.

[x]    Financial Affidavit filed; counsel requested. Request  [x]  Granted. [] Denied.
         [x] Federal Public Defender appointed. [] Panel attorney to be appointed.

[x]    Defendant waives reading of Indictment.

[x]    Defendant arraigned on [x] Indictment[ ]  Information.

[x]    Plea: [x] Not Guilty as to Count <u>1 entered by the Court on defendant's behalf.</u>

[x]    Motion to Detain filed by the Government (Doc. 6). Parties have received and reviewed the pretrial services report. Proffer of evidence through counsel. Arguments heard. The Government's Motion is DENIED.

[x]    Final Pretrial Conference set for **MAY 26, 2022 AT 9:30 A.M.** before **Judge J. Phil Gilbert** in Benton.  The defendant's presence is required.

[x]    Jury Trial set for **JUNE 13, 2022 AT  9:00 A.M.**  before **Judge J. Phil Gilbert** in Benton.

[x]    Personal Recognizance Bond to enter.

---

*\*No further notice will be given.*