IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 22-CR-40007-JPG |
| | ) | |
| MICHAEL E. PIERCE, | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT

Melissa A. Day, Assistant Federal Defender, hereby gives notice of her entry of

appearance as counsel for defendant.

Respectfully submitted,

/s/Melissa A. Day
MELISSA A. DAY
Assistant Federal Defender
401 W. Main Street
Benton, IL 62812
Tele: 618-435-2552

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Casey Bloodworth

/s/Melissa A. Day
Melissa A. Day
Assistant Federal Defender