# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>MICHAEL E. PIERCE,<br>*Defendant* | Case Number: 22-CR-40007-JPG<br><br>**SUPPRESSED** |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL E. PIERCE,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Felon in Possession of a Firearm in violation of 18:922(g)(1)

Date: April 5, 2022

*Issuing officer's signature* — Kailyn Kramer, Deputy Clerk

City and state:   Benton, IL

MONICA A. STUMP, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-5-22, and the person was arrested on *(date)* 4-6-22
at *(city and state)* Princeton, IN

Date: 4-6-22

*Arresting officer's signature* — Lynn Stehr

for BRIAN WAINSCOTT, FBI
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)