UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL E. PIERCE<br><br>Defendant. | Case Number:  22 CR 40007 JPG |

**ORDER GRANTING TEMPORARY MODIFICATION OF BOND**

THIS MATTER is before the Court on Counsel's Motion to Temporary Modification of Bond Conditions.  ECF No. 21.  The Court, having been fully advised in the premises, finds as follows:

1. Defendant Pierce's bond shall be temporarily modified to allow travel outside the Southern District of Illinois from Friday, September 9, 2022, through Sunday, September 11, 2022.  Specifically, Mr. Pierce may travel to visit his mother in Machesney Park, Illinois. Specific hours of travel are to be approved by probation.  Mr. Pierce will provide probation with his mother's address where he will reside while visiting her.

2. All remaining terms and conditions of bond remain in effect.

IT IS SO ORDERED.

Dated this 15th day of August 2022.

_____
REONA J. DALY
UNITED STATES MAGISTRATE JUDGE