# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>MICHAEL E. PIERCE,<br><br>Defendant(s) | Case Number:  22 CR 40007 JPG |

### THIRD MOTION TO CONTINUE

Defendant Michael E. Pierce, by and through Counsel, Assistant Federal Public Defender Melissa A. Day, respectfully requests this Honorable Court to continue defendant's final pretrial and jury trial are scheduled for November 17, 2022 and November 28, 2022, respectively for a period of at least 90 days.

This request is made for the following reasons:

1. Mr. Pierce is charged with one count of felon in possession of a firearm.  ECF No. 1.  He is currently on bond.  ECF Nos. 7, 11, 12.

2. Counsel is seeking additional information to aid in Mr. Pierce's case.  Additional time is needed to obtain the information and review it with Mr. Pierce before he determines how best to proceed in this matter.

3. Assistant United States Attorney Casey E. A. Bloodworth has been informed this motion to continue is being filed.

4. Mr. Pierce agrees to this request for continuance and agrees to a waiver of speedy trial for purposes of this motion.

WHEREFORE, Counsel respectfully requests that this Honorable Court continue defendant's court settings for at least 90 days.

Respectfully submitted,

s/Melissa A. Day
MELISSA A. DAY
Assistant Federal Defender
401 W. Main Street
Benton, Illinois 62812
(618) 435-2552

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on November 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to:

AUSA Casey E. A. Bloodworth

s//Melissa A. Day
Assistant Federal Defender