UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
[X] Benton   [ ] East St. Louis

[ ] INITIAL APPEARANCE   [ ] ARRAIGNMENT   [X] CHANGE OF PLEA   [ ] PLEA TO INFORMATION

CRIMINAL NO: 22-cr-40007-JPG    DATE: 7/13/2023    TIME: 20 minutes

USA vs MICHAEL E. PIERCE
[X] Present  [ ] Custody  [X] Bond

JUDGE: J. Phil Gilbert, U.S. District Judge

REPORTER: Amy Richardson

COUNSEL FOR DEFENDANT: Ankoor Shah, AFPD
[X] Present  [X] Appointed  [ ] Retained  [ ] Waived

COURTROOM DEPUTY: Tina Gray

GOVERNMENT COUNSEL: Casey E. A. Bloodworth, AUSA

[X] Defendant present.

[X] Defendant sworn.

[X] Indictment read to Defendant.

[X] Defendant advised of constitutional rights, nature of charge and possible penalties.

[X] Defendant withdraws plea of not guilty as to Count(s) 1 of the Indictment.

[X] Plea:   [X] Guilty as to Count(s) 1 of the Indictment.
           [ ] Not Guilty as to Count(s) _____

[X] No Plea Agreement   [ ] Plea Agreement   [ ] Written

[X] Court accepts plea of guilty and adjudges defendant guilty.

[X] Matter referred to U.S. Probation for Presentence Investigation and Report.

[X] Disposition set on **October 26, 2023 at 10:00 a.m.** in Benton, Illinois before Judge J. Phil Gilbert.

[X] Bond continued until sentencing. While on bond, Defendant shall abide by the same terms and conditions set forth in the Order setting conditions of release.

[X] NOTE:  No further notice will be given.