UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

☒ **Benton**     ☐ East St. Louis     ☐ Contested     ☒ **Uncontested**

# MINUTES OF DISPOSITION

JUDGE:  **J. Phil Gilbert, United States District Judge**

USA v. MICHAEL E. PIERCE              CRIMINAL CASE NO.:  22-cr-40007-JPG

REPORTER:  Amy Richardson            DEPUTY:  Tina Gray

GOVT. COUNSEL: Thomas E. Leggans, AUSA     DEF. COUNSEL: Ankoor Shah

PROBATION OFFICER: Stacey Grinnell

DATE: February 28, 2024               TIME: 20 minutes

---

The Court Orders the Presentence Investigation Report to be SEALED with Counsel having access to same in the event of an Appeal. The Recommendation is to be placed under separate seal and Counsel will not have access to same.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: N/A

OFFENSE LEVEL:  21                    CRIMINAL HISTORY CATEGORY:  III

SENTENCE RANGE:  46-57 months         FINE RANGE:  $15,000 - $150,000

SUPERVISED RELEASE RANGE:  1-3 years

**SENTENCE:**   TIME SERVED as to Count 1 of the Indictment.

**SUPERVISED RELEASE:**  Upon release from imprisonment, Defendant shall be placed on Supervised Release for a term of 2 years as to Count 1 of the Indictment.

Defendant waives reading of the terms and conditions of supervision. Written waiver tendered.

Defendant shall pay a **FINE** in the amount of $500.00 payable to the Clerk, United States District Court, due immediately.    ☒ INTEREST WAIVED          ☐ INTEREST IMPOSED

Defendant shall pay a **SPECIAL ASSESSMENT** of $100.00 payable to the Clerk, United States District Court, due immediately.    ☒ INTEREST WAIVED          ☐ INTEREST IMPOSED

Defendant shall forfeit interest in the following property to the United States: a Springfield Armory XDM 9mm semi-automatic handgun bearing serial number MG847294 and all ammunition contained therein.

Defendant advised of right to appeal within 14 days.